**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 01-7708**

—————————

VINCENT BARR,

Plaintiff - Appellant,

versus

SOUTH CAROLINA DEPARTMENT OF PROBATION,
PAROLE, AND PARDON SERVICES; CURTIS KEELS,
Agent of SCDPPPS; STEVEN BENJAMIN,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Cameron McGowan Currie, District
Judge.  (CA-01-3175-2-22)

—————————

Submitted:  March 14, 2002          Decided:  March 22, 2002

—————————

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Vincent Barr, Appellant Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vincent Barr appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint and denying reconsideration of that order. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Barr v. South Carolina Dep't of Probation, Parole & Pardon Servs.</u>, No. CA-01-3175-2-22 (D.S.C. filed Sept. 12, 2001, entered Sept. 14, 2001; and filed Feb. 7, 2002, entered Feb. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2